ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUIS CASTAGNA,<br><br>        Plaintiff,<br><br>vs.<br><br>INTERLAKE STEAMSHIP COMPANY,<br><br>        Defendant. | No. C07-4526-EMC<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: LOUIS CASTAGNA's sisters: Caroline Castagna, Mary Lou Barros, and Darlene Aabott.

Dated: April 30, 2007                               BRAYTON❖PURCELL LLP

/s/ David R. Donadio
By: _____
David R. Donadio
Attorneys for Plaintiffs

K:\Injured\102298\Fed\Cert Interested Parties.wpd      1
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS - C07-4526-EMC