1 DAVID R. DONADIO, ESQ. (SB#154436)
BRAYTON • PURCELL LLP
2 222 Rush Landing Road
P.O. Box 6169
3 Novato, CA 94948-6169
Tel: (415) 898-1555
4 Fax: (415) 898-1247

5 Attorneys for Plaintiff
LOUIS CASTAGNA
6

7

8 THE UNITED STATES DISTRICT COURT

9 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| 11 LOUIS CASTAGNA | Case No. C 07 4526 EMC |
|---|---|
| 12 Plaintiff, | **STIPULATION TO EXTEND RESPONSE DATE** |
| 13 vs. | |
| 14 INTERLAKE STEAMSHIP COMPANY | Action Filed: August 31, 2007 |
| 15 Defendants | |

16

17　　　COME NOW Plaintiff Louis Castagna and Defendant The Interlake Steamship Company,

18 Specially Appearing herein, without consenting to *in personam* jurisdiction over Defendant The

19 Interlake Steamship Company, and stipulate that The Interlake Steamship Company may have a

20 30 day extension of time, up to and including November 8, 2007, within which to file a motion to

21 quash service of summons and complaint for lack of personal jurisdiction, an answer, or any

22 other responsive pleading to the complaint in this case.

23 DATED: October 8, 2007　　　　　　　　BRAYTON • PURCELL

24

25

26 By: /s/ David R. Donadio

　　DAVID R. DONADIO
27 Attorneys for Plaintiff LOUIS CASTAGNA

28

1
STIPULATION
U.S.D.C. N.D. CA – ACTION NO. C 07 4526 EMC

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | DATED: October 8, 2007     EMARD DANOFF PORT TAMULSKI<br>& PAETZOLD LLP<br><br>By: _____<br>ANDREW I. PORT<br>Attorneys for Defendant<br>THE INTERLAKE STEAMSHIP COMPANY,<br>Specially Appearing Herein |