1  DAVID R. DONADIO, ESQ. (SB#154436)
   BRAYTON • PURCELL LLP
2  222 Rush Landing Road
   P.O. Box 6169
3  Novato, CA 94948-6169
   Tel: (415) 898-1555
4  Fax: (415) 898-1247

5  Attorneys for Plaintiff
   LOUIS CASTAGNA
6

7

8              THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | LOUIS CASTAGNA            | Case No. C 07 4526 EMC
12 |         Plaintiff,         | **STIPULATION TO EXTEND RESPONSE DATE**; ORDER
13 | vs.                        |
   |                            | Action Filed: August 31, 2007
14 | INTERLAKE STEAMSHIP COMPANY |
15 |         Defendants         |

16

17     COME NOW Plaintiff Louis Castagna and Defendant The Interlake Steamship Company,

18 Specially Appearing herein, without consenting to *in personam* jurisdiction over Defendant The

19 Interlake Steamship Company, and stipulate that The Interlake Steamship Company may have a

20 30 day extension of time, up to and including November 8, 2007, within which to file a motion to

21 quash service of summons and complaint for lack of personal jurisdiction, an answer, or any

22 other responsive pleading to the complaint in this case.

23 DATED: October 8, 2007                    BRAYTON • PURCELL

24

25                                           By: _____
26                                           DAVID R. DONADIO
                                             Attorneys for Plaintiff LOUIS CASTAGNA
27

28

                                              1

1  DATED: October 8, 2007         EMARD DANOFF PORT TAMULSKI
2                                 & PAETZOLD LLP
3
4                                 By: _____
                                      ANDREW I. PORT
5                                 Attorneys for Defendant
                                  THE INTERLAKE STEAMSHIP COMPANY,
6                                 Specially Appearing Herein
7
8  IT IS SO ORDERED
9
10
11 _____
   Edward M. Chen
12 U.S. Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen