1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R.  DONADIO, ESQ., S.B. #154436
2  BRAYTON❖PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California  94948-6169
   (415) 898-1555
5  (415) 898-1247 (Fax No.)

6  Attorneys for Plaintiffs

7

8              THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

   LOUIS CASTAGNA,                    )    No. C07-4526-EMC
12                                     )
              Plaintiff,              )
13                                     )
   vs.                                )    JOINT STIPULATION AND MOTION TO
14                                     )    DISMISS ACTION WITHOUT
   INTERLAKE STEAMSHIP COMPANY,       )    PREJUDICE; [PROPOSED] ORDER
15                                     )
              Defendant.              )
16                                     )
                                      )
17                                     )

18         Plaintiff LOUIS CASTAGNA and Defendant THE INTERLAKE STEAMSHIP

19  COMPANY hereby jointly stipulate to and respectfully move to Court to dismiss the above-

20  entitled action without prejudice with each party to bear its own costs.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

C:\Documents and Settings\mderby\Desktop\11111 file this\Proposed ORDER Castagna.wpd  1                                    102298
JOINT STIPULATION AND MOTION TO DISMISS ACTION WITHOUT PREJUDICE; [PROPOSED] ORDER -  C07-4526-EMC

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1      WHEREFORE the parties request that the Court enter an Order dismissing this action

2  without prejudice, each party to bear its own costs.

3  Dated:  October 12, 2007                         BRAYTON❖PURCELL LLP

4
                                                         /s/  *David R.  Donadio*
5
                                               By:    _____
6                                                     David R.  Donadio
                                                      Attorneys for Plaintiffs
7

8

9
   Dated:  October 12, 2007                         EMARD DANOFF PORT TAMULSKI
10                                                   & PAETZOLD LLP

11                                                   /s/  *Andrew I. Port*

12                                             By:    _____
                                                     Andrew I. Port
13                                                   Attorneys for Defendant
                                                     THE INTERLAKE STEAMSHIP
14                                                   COMPANY, Specially Appearing Herein

15

16

17  IT IS SO ORDERED:

18

19
   _____
20  Edward M. Chen
   United States Magistrate Judge
21

22

23

24

25

26

27

28