1  WHEREFORE the parties request that the Court enter an Order dismissing this action
2  without prejudice, each party to bear its own costs.
3  Dated: 10/12/07                                    BRAYTON✣PURCELL LLP

                                                By: _____
                                                David R. Donadio
                                                Attorneys for Plaintiffs


   Dated: _____                      EMARD DANOFF PORT TAMULSKI
                                                 & PAETZOLD LLP

                                            By: _____
                                                Andrew I. Port
                                                Attorneys for Defendant
                                                THE INTERLAKE STEAMSHIP
                                                COMPANY, Specially Appearing Herein


17  IT IS SO ORDERED:

    _____
20  Edward M. Chen
    United States Magistrate Judge

---

K:\Injured\102298\Fed\California Case\Stip DWOP (Fed) Castagna.wpd            2
JOINT STIPULATION AND MOTION TO DISMISS ACTION WITHOUT PREJUDICE; [PROPOSED] ORDER - C07-4526-EMC

1  WHEREFORE the parties request that the Court enter an Order dismissing this action
2  without prejudice, each party to bear its own costs.

3  Dated: _____                    BRAYTON❖PURCELL LLP

                                               By: _____
                                                   David R. Donadio
                                                   Attorneys for Plaintiffs

9  Dated: 10/12/07                             EMARD DANOFF PORT TAMULSKI
                                               & PAETZOLD LLP

                                               By: _____
                                                   Andrew I. Port
                                                   Attorneys for Defendant
                                                   THE INTERLAKE STEAMSHIP
                                                   COMPANY, Specially Appearing Herein

17 IT IS SO ORDERED:

20 _____
   Edward M. Chen
   United States Magistrate Judge