ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUIS CASTAGNA, | No. C07-4526-EMC |
| Plaintiff, | |
| vs. | CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| INTERLAKE STEAMSHIP COMPANY, | |
| Defendant. | |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: October 16, 2007                 BRAYTON❖PURCELL LLP

                                         /s/ David R. Donadio
                                    By: _____
                                         David R. Donadio
                                         Attorneys for Plaintiffs

Dated: October 16, 2007                 EMARD DANOFF PORT TAMULSKI
                                        & PAETZOLD LLP

                                         /s/ Andrew I. Port
                                    By: _____
                                         Andrew I. Port
                                         Attorneys for Defendant
                                         THE INTERLAKE STEAMSHIP COMPANY,
                                         Specially Appearing Herein