1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  BRAYTON❖PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California 94948-6169
   (415) 898-1555
5  (415) 898-1247 (Fax No.)

6  Attorneys for Plaintiffs

**THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LOUIS CASTAGNA, ) | No. C07-4526-EMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | JOINT STIPULATION AND MOTION TO |
| ) | DISMISS ACTION WITHOUT |
| INTERLAKE STEAMSHIP COMPANY, ) | PREJUDICE; [PROPOSED] ORDER |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

Plaintiff LOUIS CASTAGNA and Defendant THE INTERLAKE STEAMSHIP COMPANY hereby jointly stipulate to and respectfully move to Court to dismiss the above-entitled action without prejudice with each party to bear its own costs.

///
///
///
///
///
///
///
///

C:\Documents and Settings\mderby\Desktop\11111 file this\Proposed ORDER Castagna.wpd  1                    102298
JOINT STIPULATION AND MOTION TO DISMISS ACTION WITHOUT PREJUDICE; [PROPOSED] ORDER - C07-4526-EMC

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1     WHEREFORE the parties request that the Court enter an Order dismissing this action
2 without prejudice, each party to bear its own costs.

3 Dated: October 12, 2007                    BRAYTON❖PURCELL LLP

                                             /s/ *David R. Donadio*

                                  By:   _____
                                                David R. Donadio
                                                Attorneys for Plaintiffs

Dated: October 12, 2007                    EMARD DANOFF PORT TAMULSKI
                                                                             & PAETZOLD LLP

                                             /s/ *Andrew I. Port*

                                  By:   _____
                                                Andrew I. Port
                                                Attorneys for Defendant
                                                THE INTERLAKE STEAMSHIP
                                                COMPANY, Specially Appearing Herein

IT IS SO ORDERED:



_____
Edward M. Chen
United States Magistrate Judge

K:\Injured\102298\Fed\California Case\Stip DWOP (Fed) Castagna.wpd     2

JOINT STIPULATION AND MOTION TO DISMISS ACTION WITHOUT PREJUDICE; [PROPOSED] ORDER - C07-4526-EMC